## ERIN O'BRIEN *v.* X-PECT DISCOUNT
### (14556)

Lavery, Heiman and Schaller, Js.

Submitted on briefs June 10—officially released July 9, 1996

Per Curiam. The judgment is affirmed.

## PETER GRUNER *v.* CHERYL GRUNER
### (14864)

Lavery, Heiman and Schaller, Js.

Submitted on briefs June 10—officially released July 9, 1996

Per Curiam. The judgment is affirmed.

## DHIRENDRA P. MATHUR *v.* MARY JANE MATHUR
### (14297)

Foti, Heiman and Schaller, Js.

Submitted on briefs June 7—officially released July 9, 1996

Per Curiam. The judgment is affirmed.

## ALCASU, INC. *v.* DONALD F. MILLER, COMMISSIONER OF REVENUE SERVICES
### (14767)

Lavery, Heiman and Schaller, Js.

Submitted on briefs June 10—officially released July 9, 1996

Per Curiam. The judgment is affirmed.